UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED. Hearing reset for 7/10/14 at 1:30 p.m.**

*/s/ Judge Trauger/*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00129 |
| | ) | JUDGE TRAUGER |
| | ) | |
| ARTURO CABANAS-REYES | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

**NOW COMES** the defendant, Arturo Cabanas-Reyes, who, through undersigned counsel, respectfully requests that this Honorable Court enter an order granting his motion for a continuance of the sentencing hearing which is presently set on Monday, April 28, 2014. The reasons for this motion are set forth as follows: additional time is needed in order to review the presentence report with Mr. Cabanaz-Reyes and to prepare for the sentencing hearing. Assistant United States Attorney Van Vincent has authorized under signed to state that he has no opposition to this motion.

**WHEREFORE**, for the reasons stated herein, defendant Arturo Cabanas-Reyes respectfully requests that the sentencing hearing be continued for a period of at least sixty (60) days to a date and time convenient to the Court's calendar.

Respectfully submitted,

s/ *Mariah A. Wooten*
Mariah A. Wooten (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: mariah_wooten@fd.org
Attorney for Arturo Cabanas-Reyes

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2014, I electronically filed the foregoing Motion to Continue Sentencing Hearing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Mr. Van Vincent**, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ *Mariah A. Wooten*
Mariah A. Wooten